UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-02159-TLN-KJN
No. 2:23-cv-02161-TLN-KJN
No. 2:23-cv-02186-TLN-KJN
No. 2:23-cv-02187-TLN-KJN
No. 2:23-cv-02188-TLN-KJN
No. 2:23-cv-02189-TLN-KJN
No. 2:23-cv-02190-TLN-KJN
No. 2:23-cv-02191-TLN-KJN
No. 2:23-cv-02192-TLN-KJN
No. 2:23-cv-02193-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new case pleading and assign it to Magistrate Judge Kendall J. Newman for review. (*Id.* at ECF No. 26). If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed. (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02159, 2:23-cv-02161, 2:23-cv-02186, 2:23-cv-02187, 2:23-cv-02188, 2:23-cv-02189, 2:23-cv-02190, 2:23-cv-02191, 2:23-cv-02192 and 2:23-cv-02193 are hereby DISMISSED. The Clerk of the Court is directed to close these cases. No further filings will be accepted.

IT IS SO ORDERED.

Date: October 24, 2023

_____
Troy L. Nunley
United States District Judge